RECEIVED
JAN - 8 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DANIELE KNOLL,<br>      Plaintiff | CIVIL ACTION<br>NO. 1:15-CV-2326 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| FIRE MOUNTAIN RESTAURANTS,<br>L.L.C., et al.,<br>      Defendants | MAGISTRATE JUDGE JOSEPH H. L.<br>PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's motion to remand (Doc. 6) is **GRANTED** and the above-captioned case is remanded to the Ninth Judicial District Court in Rapides Parish, Louisiana.

**THUS ORDERED AND SIGNED** in Chambers at Alexandria, Louisiana, on this 8th day of January, 2016.

                                              JAMES T. TRIMBLE, JR.
                                              UNITED STATES DISTRICT JUDGE